460 A.2d 849

Commonwealth v. Freeman, Appellant.

Before CAVANAUGH, WICKERSHAM and CIRILLO, JJ.

Judgment of sentence affirmed.